```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/01/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAXFUL, INC.,

                        **Plaintiff,**

      -against-

ALEKSEI VEREMEJENKO,

                        **Defendant.**

-----------------------------------------------------------------X

21-CV-03332 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court is informed that the parties have reached a settlement in principle. Accordingly, the settlement conference currently scheduled for April 7, 2022, is ADJOURNED without date. The parties shall file their proposed stipulation of dismissal by April 15, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 1, 2022
               New York, New York